NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of A.M., A.W., B.W., and
J.W., children.
_____

A.B.,

       Appellant,

v.                                                                    Case No. 2D18-3347

DEPARTMENT OF CHILDREN AND
FAMILIES and GUARDIAN AD LITEM
PROGRAM,

       Appellees.
_____

Opinion filed January 2, 2019.

Appeal from the Circuit Court for
Hillsborough County; Emily A. Peacock,
Judge.

Linda C. Clark of Linda C. Clark, P.A.,
Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Mary Soorus, Assistant
Attorney General, Tampa, for Appellee
Department of Children and Families.

Douglas J. Glaid, Fort Lauderdale; and
Thomasina Moore, Statewide Director of
Appeals and Laura J. Lee, Appellate

Counsel, Tallahassee, for Appellee
Guardian ad Litem Program.


PER CURIAM.


Affirmed.


SILBERMAN, BLACK, and ATKINSON, JJ., Concur.